# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TENNESSEE
### AT KNOXVILLE

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | **Case No. 3:98-CR-128** |
| **v.** | ) | |
| | ) | |
| **CEDRIC B. TOWNS** | ) | **JUDGE JORDAN** |

## AGREED ORDER OF REVOCATION

A Petition for Revocation of Supervised Release has been filed against the Defendant, Cedric B. Towns. The Defendant admits that he has violated certain conditions of his supervised release. An agreement has been reached between the parties in which it is recommended that the Defendant's supervised release should be revoked and that he should receive a sentence of thirteen (13) months of imprisonment to be followed by no term of supervised release. The parties also agree that the Defendant should be recommended for a Bureau of Prisons facility in close proximity to East Tennessee.

The Defendant waives his right to a hearing pursuant to Rule 32 of the Rules of Criminal Procedure, waives his right to allocute at a revocation hearing, and asks that the agreement of the Defendant and the government pursuant to Rule 11 of the Federal Rules of Criminal Procedure be found to be a proper sentence.

This Court has considered the Chapter Seven policy statements in the United States Sentencing Guidelines. The violations committed by the Defendant are "Grade C" violations. The Defendant's criminal history category is V. The advisory guideline range is 7 - 13 months, and there is a statutory maximum of 60 months of imprisonment. The Court has also considered

the factors listed in 18 U.S.C. § 3553(a).

The Court finds that the recommended sentence is sufficient but not greater than necessary to comply with the statutory purpose set forth in 18 U.S.C. § 3553(a). The recommended sentence is within the statutory maximum, is necessary to reflect the seriousness of the offenses committed by the Defendant, promote respect for the law, and deter others who violate supervised release.

Based on the foregoing, the Court concludes that the recommended sentence is sufficient, but not greater than necessary to accomplish the purposes set forth in 18 U.S.C. § 3553(a) while taking into consideration all of those factors and the Chapter Seven policy statements.

IT IS ORDERED, therefore, that the Defendant's supervised release is hereby REVOKED. The Defendant is sentenced to a term of thirteen (13) months of imprisonment to be followed by no term of supervised release. It is further recommended that his sentence be served at a facility in close proximity to East Tennessee.

ENTER this the 6th day of Jan., 2015.

_____
Honorable Leon Jordan
United States District Court Judge

APPROVED FOR ENTRY:

_Jennifer Kolman_ (Bobby Hutson / by permission)
Jennifer Kolman
Assistant U.S. Attorney

_Bobby E. Hutson_
Bobby E. Hutson, Jr.
Assistant Federal Defender

_X C. ___
Cedric B. Towns
Defendant

_Elaine Johnson_ (Bobby Hutson / by permission)
Elaine Johnson
U.S. Probation Officer